**Paula A. Barran,** OSB No. 803974
pbarran@barran.com
**Shayda Zaerpoor Le**, OSB No. 121547
sle@barran.com
Barran Liebman LLP
601 SW Second Avenue, Suite 2300
Portland, Oregon 97204-3159
Telephone: (503) 228-0500
Facsimile No.: (503) 274-1212

Attorneys for Defendant Portland State University

**Sue-Del McCulloch**, OSB No. 950942
sdmcculloch@sdmlaw.net
Law Offices of Sue-Del McCulloch
111 SW Columbia Street, Suite 1010
Portland, OR 97201
Telephone: (503) 221-9706
Facsimile No.: (503) 821-6018

Attorney for Plaintiff Kanaan Kanaan

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland

| | |
|---|---|
| KANAAN KANAAN, | **CV. 3:18-cv-01633-HZ** |
| Plaintiff, | |
| | **STIPULATED JUDGMENT OF** |
| v. | **DISMISSAL WITH PREJUDICE** |
| PORTLAND STATE UNIVERSITY, | |
| Defendant. | |

Based upon the stipulation of the parties, and it appearing that all claims of Plaintiff against

Defendant have been fully compromised and settled,

/ / /

/ / /

/ / /

/ / /

Page 1 -  STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice and without costs or attorney fees to any party.

DATED this ___2___ day of ___Oct___, 2019.

_____
The Honorable Marco A. Hernandez

IT IS SO STIPULATED:

BARRAN LIEBMAN LLP

By _s/ Shayda Zaerpoor Le_____
Paula A. Barran, OSB No. 803974
pbarran@barran.com
Shayda Le, OSB No. 121547
sle@barran.com
Attorneys for Defendant Portland State
University

LAW OFFICES OF SUE-DEL
MCCULLOCH

By _s/ Sue-Del McCulloch_____
Sue-Del McCulloch, OSB No. 950942
sdmcculloch@sdmlaw.net
Attorney for Plaintiff Kanaan Kanaan

Page 2 -  STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE